UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10095-RWZ

TIMOTHY P. KEARNEY, JR., PRO SE )
               Plaintiff, )    NOTICE OF APPEARANCE
)
v. )
)
THE MAY DEPARTMENT STORES )
a.k.a FILENE'S, GREGORY )
JACKSON, ERIC VAN DER VALK )
AND SHAWN TUBMAN )
               Defendants.

To the Clerk of the Above-Named Court:

    Kindly enter my appearance on behalf of the Defendant, The May Department Stores a.k.a Filene's in the above referenced action.

                                _____
                                Michael J. Keefe, BBO No.: 263751
                                Attorney for defendant,
                                The May Department Stores a.k.a Filene's
                                Martin, Magnuson, McCarthy & Kenney
                                101 Merrimac Street, 7th Floor
                                Boston, MA 02114
                                617-227-3240

2

## CERTIFICATE OF SERVICE

I, Michael J. Keefe, attorney for defendant, The May Department Stores a.k.a Filene's, hereby certify on the 1st day of April, 2005, I served a copy of the foregoing, by certified mail, return receipt request to:

Timothy P. Kearney, Jr., Pro Se
100 Everett Street
Arlington, MA 02474

Michael J. Keefe, BBO No.: 263751
Attorney for defendant,
The May Department Stores a.k.a. Filene's
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240