UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 05-10095-RWZ

2005 APR 14 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TIMOTHY P. KEARNEY, JR., PRO SE ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| ) | |
| v. ) | |
| ) | |
| THE MAY DEPARTMENT STORES ) | |
| a.k.a FILENE'S, GREGORY ) | |
| JACKSON, ERIC VAN DER VALK ) | |
| AND SHAWN TUBMAN ) | |
| Defendants. | |

To the Clerk of the Above-Named Court:

Kindly enter my appearance on behalf of the Defendants, Gregory Jackson, Eric Van Der Valk and Shawn Tubman in the above referenced action.

_____
Michael J. Keefe, BBO No.: 263751
Attorney for defendants,
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Michael J. Keefe, attorney for defendants, hereby certify on the 13th day of April, 2005, I served a copy of the foregoing, by certified mail, return receipt request to:

Timothy P. Kearney, Jr., Pro Se
100 Everett Street
Arlington, MA 02474

_____
Michael J. Keefe, BBO No.: 263751
Attorney for defendant,
The May Department Stores a.k.a. Filene's
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240