UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY P. KEARNEY, JR, ) | |
| ) | CIVIL ACTION NO. 05-10095-RWZ |
| Plaintiff, ) | |
| ) | DEFENDANTS' OPPOSITION TO |
| v. ) | PLAINTIFF'S MOTION FOR |
| ) | SUMMARY JUDGMENT |
| THE MAY DEPARTMENT STORES ) | |
| COMPANY a/k/a FILENE'S, GREGORY ) | |
| JACKSON, ERIC VAN DER VALK, ) | |
| AND SHAWN TUBMAN, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff's Motion for Summary Judgment and concomitant opposition to defendants' motion for a short extension of time to respond to plaintiff's Complaint is now moot because on April 28, 2005, the Court extended the time for the defendants to file their responsive pleading up to and including May 15, 2005. In any event, the Motion is incorrectly styled as a Motion for Summary Judgment. The case is at its beginning stages and no discovery has been completed. Thus, a Motion for Summary Judgment is premature. The Motion is actually one for Default Judgment. However, such a Motion is also inappropriate and moot because the defendants requested additional time to plead, and the Court granted said motion (See Exhibit A).

For these reasons, plaintiff's Motion should be denied.

Respectfully submitted,

MARTIN, MAGNUSON, McCARTHY &
KENNEY

Michael J. Keefe, BBO No. 263751
Attorney for Defendants,
101 Merrimac Street, 7th Floor
Boston, MA  02114
Phone (617) 227-3240

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed first class, postage prepaid to Timothy P. Kearney, Jr., Pro Se, 100 Everett Street, Arlington, MA 02474, this 28th day of April, 2005.

_____
Michael J. Keefe, BBO No. 263751
Attorney for Defendants,
101 Merrimac Street, 7th Floor
Boston, MA  02114
Phone (617) 227-3240

## Michael J. Keefe

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, April 28, 2005 9:30 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-10095-RWZ Kearney v. May Department Stores et al "Order on Motion for Extension of Time to Answer"

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/28/2005 at 9:29 AM EDT and filed on 4/28/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$'
Case Name: Kearney v. May Department Stores et al
Case Number: 1:05-cv-10095 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?95987

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Rya W. Zobel : Electronic ORDER entered granting [6] Motion for Extension of Time to
Answer re [2] Complaint May Department Stores answer due 5/15/2005; Gregory Jackson answer
due 5/15/2005; Eric Van Der Valk answer due 5/15/2005; Shawn Tubman answer due 5/15/2005.
(Johnson, Jay)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' -->
1:05-cv-10095 Notice will be electronically mailed to:
Michael J. Keefe                                              mkeefe@mmmk.com



1:05-cv-10095 Notice will not be electronically mailed to:
Timothy P. Kearney, Jr
100 Everett Street
Arlington, MA 02476
```

1