UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY P. KEARNEY, JR., PRO SE ) | CIVIL ACTION NO. 05-10095-RWZ |
| Plaintiff, ) | MOTION OF DEFENDANTS TO ADMIT |
| ) | ATTORNEY MICHAEL FRANKLIN PRO |
| v. ) | HAC VICE |
| ) | |
| THE MAY DEPARTMENT STORES ) | |
| a.k.a FILENE'S, GREGORY ) | |
| JACKSON, ERIC VAN DER VALK ) | |
| AND SHAWN TUBMAN ) | |
| Defendants. | |

Attorney Michael J. Keefe, a member in good standing of the Bar of this Court, and respectfully moves pursuant to Local Rule 83.5.3 that Attorney Michael Franklin, legal counsel to defendant, The May Department Stores a.k.a. Filene's, be permitted to appear and practice in this Court in the above-captioned matter as counsel for all of the defendants (The May Department Stores, a.k.a. Filene's, Gregory Jackson, Eric Van Der Valk and Shawn Taubman).

In compliance with the requirements of Local Rule 83.5.3, the affidavit of Attorney Franklin is submitted with this motion. In said affidavit, Attorney Franklin has certified that 1) he is a member in good standing of the bar of the State of Illinois, and the State of Missouri, the United States District Court for the Southern District of Illinois, and the United States District Court for the Eastern District of Missouri; and 2) there are no disciplinary actions pending against him as a member of the bar in any jurisdiction; and 3) he is familiar with and will conduct himself in accordance with the Local Rules of the United States District Court for the District of Massachusetts.

2

WHEREFORE, the defendants, by their attorney, Michael J. Keefe, respectfully request that this Court grant this motion.

_____
Michael J. Keefe, BBO No. 263751
Attorney for defendant,
The May Department Stores a.k.a Filene's
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

3

## CERTIFICATE OF SERVICE

I, Michael J. Keefe, attorney for defendant, The May Department Stores a.k.a Filene's, hereby certify on the ___ day of May, 2005, I served a copy of the foregoing, by certified mail, return receipt request to:

Timothy P. Kearney, Jr., Pro Se
100 Everett Street
Arlington, MA 02474

_____
Michael J. Keefe, BBO No.: 263751
Attorney for defendant,
The May Department Stores a.k.a. Filene's
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY P. KEARNEY, Jr.<br>Plaintiff,<br><br>v.<br><br>THE MAY DEPARTMENT STORES<br>a.k.a FILENE'S, GREGORY<br>JACKSON, ERIC VAN DER VALK<br>AND SHAWN TUBMAN<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10095-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF ATTORNEY MICHAEL E. FRANKLIN

I, Michael E. Franklin, being duly sworn, do hereby depose and certify as follows:

1. I am legal counsel to the defendant, The May Department Stores Company a.k.a Filene's, Gregory Jackson, Eric Van Der Valk and Shawn Tubman. I submit this affidavit in support of the accompanying Motion for Admission Pro Hac Vice.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. Specifically, I am a member in good standing of the bar of the States of Illinois and Missouri, the United States District Court for the Southern District of Illinois, and the United States District Court for the Eastern District of Missouri.

3. There are no disciplinary actions pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and, if admitted to practice before this court, will conduct myself in accordance with the rules of this court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS ___ DAY OF MAY, 2005.

_____
Attorney Michael E. Franklin

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____Eastern_____ **DISTRICT OF** _____Missouri_____

**CERTIFICATE OF
GOOD STANDING**

I, _____James G. Woodward_____, *Clerk of this Court,*

certify that _____Michael E. Franklin_____, *Bar #* _____102465_____,

was duly admitted to practice in this Court on

_____January 12, 2001_____, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at _____St. Louis, Missouri_____ on _____May 20, 2005_____.
LOCATION                                                                  DATE

_[signature]_                                              _[signature]_
CLERK                                                         DEPUTY CLERK