**United States District Court**
**District Of Massachusetts**

| | |
|---|---|
| Timothy P. Kearney Jr., Pro Se, <br> Plaintiff, <br> vs. <br><br> The May Department Stores, Gregory Jackson, Eric Van Der Valk, Shawn Tubman <br> Defendants | Civil Action No. 05-10095-RWZ <br><br> Motion for appointment of counsel. |

  Here comes the Plaintiff, Timothy P Kearney Jr., who hereby requests the court for an appointment of counsel.

  I have attempted to find counsel to guide me through this legal proceeding. Unfortunately I am not able to afford one at this time. I therefore petition the court for aid in this matter. In addition I ask the initial hearing date be postponed until said counsel is appointed and can review this case, I respectively thank you for your consideration in this matter.

              Dated this 6th day of June 2005

              Timothy P. Kearney Jr. Pro Se
              100 Everett Street
              Arlington, Ma 02474

United States District Court
For The State Of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      RE:    Timothy P. Kearney Jr., Pro Se

             VS.

             The May Department Stores

             Gregory Jackson

             Eric Van Der Valk

             Shawn Tubman

Dear Sir/Madam,

      Enclosed please find for filing the following:

1.    Motion for appointment of counsel.

2.    Certificate of Service of it to defendants' attorney.

                                    Sincerely

                                    Timothy P. Kearney Jr.

## Certificate Of Service

I, Timothy P. Kearney Jr hereby certify on the 6th day of June, 2005, I served a copy of the foregoing, by first class mail to the defendants' attorney:

Michael J Keefe, BBO No.: 263751
Attorney for defendants
The May Department Stores AKA Filene's
Gregory Jackson
Shawn Tubman
Eric Van Der Valk
Martin, Magnuson, McCarthy & Kenny
101 Merrimac Street, 7th Floor
Boston, MA 02114

Timothy P Kearney Jr., Pro Se

100 Everett Street

Arlington Ma, 02474