UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10095-RWZ

TIMOTHY P. KEARNEY, JR.

v.

MAY DEPARTMENT STORES
d/b/a FILENE'S, et al.

SCHEDULING ORDER

June 16, 2005

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Timothy P. Kearney, Jr. having appeared pro se; and Michael Murphy having appeared as counsel for defendants May Department Stores, et al., the following action was taken:

1. The Court denied plaintiff's motion for the appointment of counsel but encouraged him to continue his attempts to find counsel.

2. Any amendments to the pleadings shall be filed by June 30, 2005.

3. All discovery shall be completed by November 28, 2005.
   Within this time frame, the parties shall exchange initial disclosures by June 30, 2005.
   Further, plaintiff shall identify any experts he expects to present by October 28, 2005, and he shall by this date furnish to defendant the reports of all such experts. Defendants shall identify their experts and provide their reports by November 28, 2005.

4.  A further conference is scheduled on December 8, 2005 at 2 p.m.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |