UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10095-RWZ

TIMOTHY P. KEARNEY, JR.
Plaintiff

v.

THE MAY DEPARTMENT STORES ET AL
Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.

    The case was called for a further scheduling conference on 12/8/05. The plaintiff did not show up. This case is hereby dismissed without prejudice for want of prosecution.

By the Court,

/s Lisa A. Urso
Deputy Clerk

December 12, 2005

To: All Counsel